AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Federal Education Association, et al. )
Plaintiff )
v. ) Case No. 1:25-cv-1362
Donald J. Trump, et al. )
Defendant )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs: Fed. Educ. Ass'n, Fed Educ. Ass'n Stateside Region, Antilles Consolidated Educ. Ass'n .

Date:   05/07/2025

_Attorney's signature_

Philip A. Hostak DC Bar No. 472945
*Printed name and bar number*
National Education Association
Office of General Counsel
1201 16th St. NW
Washington, DC 2003

*Address*

phostak@nea.org
*E-mail address*

(202) 822-7035
*Telephone number*

(202) 822-7033
*FAX number*