AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-1362

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Edward R. Martin, Jr., Interim U.S. Attorney
was received by me on *(date)* May 6, 2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Per FRCP 4(i)(2), sent by certified mail on May 10, 2025, and delivered on May 19, 2025 (receipt reproduced below).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: May 22, 2025

*Server's signature*

Jason Walta, Deputy General Counsel
*Printed name and title*

National Education Association
Office of General
1201 Sixteenth St. NW, 8th Floor
Washington DC 20036
*Server's address*

Additional information regarding attempted service, etc:

