IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL EDUCATION ASSOCIATION, *et al.*,

    *Plaintiffs*,

       v.

DONALD J. TRUMP, *et al.*,

    *Defendants*.

Civil Action No. 1:25-cv-1362

## JOINT STATUS REPORT

Pursuant to the Court's August 4, 2025 Minute Order, Plaintiffs Federal Education Association *et al.*, and Defendants Donald Trump *et al.*, respectfully submit this joint status report attaching Plaintiffs' revised Proposed Order, which the parties negotiated. The parties state as follows:

    1.    On August 4, 2025, this Court held a hearing on Plaintiffs' motion for a preliminary injunction. At the end of the hearing, the Court instructed the parties to confer and submit a joint revised version of Plaintiffs' proposed order by noon on August 6, 2025. *See* Aug. 4, 2025 Minute Entry. The parties have conferred and hereby state their respective positions on the proper scope of relief if the Court grants Plaintiffs' motion.

    2.    **Plaintiffs' Position:** Plaintiffs believe that if the Court grants Plaintiffs' motion, the language of the revised Proposed Order appropriately addresses any concerns about the scope of such preliminary relief. For the reasons set forth in Plaintiffs' Memorandum in Support of Plaintiffs' Motin for a Preliminary Injunction (ECF No. 22-1 at 45 n.27) and Reply in Support of Plaintiffs' Motion for a Preliminary Injunction (ECF No. 29 at 25 n.19), Plaintiffs maintain their

request that the Court, in the exercise of its discretion regarding the security provision on Fed. R. Civ. P. 65(c), order a nominal bond of $100. This would be also consistent with the approach this Court took in *Nat'l Treasury Emps. Union v. Trump*, No. CV 25-0935, 2025 WL 1218044 (D.D.C. Apr. 28, 2025), and *Am. Foreign Serv. Ass'n v. Trump*, No. CV 25-1030, 2025 WL 1387331 (D.D.C. May 14, 2025). Plaintiffs have nonetheless left the bond amount blank in the revised Proposed Order in deference to this Court's discretionary authority.

3.      **Defendants' Position:**  For the reasons stated in their opposition brief, ECF No. 27, and by Defendants' counsel at the August 4, 2025 hearing, Defendants continue to urge the Court to deny Plaintiffs' motion, and to enter the Proposed Order previously submitted by Defendants at ECF No. 47-3.  To the extent the Court rules in Plaintiffs' favor, however, Defendants agree that compared to Plaintiffs' original proposed order, the negotiated Proposed Order attached to this Joint Status Report more appropriately limits the relief to the parties in this case.  Defendants have previously explained why they think $1,152,000 (at minimum) would be the appropriate amount for the bond.  *See* Defs.' Opp. to Pls.' Mot. for Preliminary Injunction, ECF No. 27 at 40–41.  Defendants do not think the Court should aim to be consistent with the bond approach it took in *National Treasury Employees Union v. Trump*—or the similar approach it took in *American Foreign Service Association v. Trump*—as the D.C. Circuit has since expressed disagreement with that approach.  *See Nat'l Treasury Emps. Union v. Trump*, No. 25-5157, 2025 WL 1441563, at *3 n.4 (D.C. Cir. May 16, 2025).

\
\
\
\

Dated: Aug. 6, 2025

Respectfully submitted,

/s/Jason Walta  
JASON WALTA  
PHILIP A. HOSTAK*  
CAITLIN ROONEY*  
National Education Association  
1201 16th Street, NW  
Washington, D.C. 20036  
Tel: (202) 822-7035  
Email: jwalta@nea.org  
phostak@nea.org  
crooney@nea.org

*Counsel for Plaintiffs*

* Admitted *pro hac vice*

BRETT A. SHUMATE  
Assistant Attorney General

YAAKOV M. ROTH  
Principal Deputy Assistant Attorney General

EMILY M. HALL  
Counsel to the Assistant Attorney General

/s/ Tyler J. Becker  
TYLER J. BECKER (D.D.C. Bar D00629)  
Counsel to the Assistant Attorney General  
U.S. Department of Justice, Civil Division  
950 Pennsylvania Avenue NW, Room 3632  
Washington, DC 20530  
Tel: (202) 514-4052  
Email: Tyler.Becker@usdoj.gov

ERIC HAMILTON  
Deputy Assistant Attorney General  
ALEXANDER K. HAAS  
Director  
JACQUELINE COLEMAN SNEAD  
Assistant Branch Director  
LISA ZEIDNER MARCUS  
Senior Counsel  
JEREMY MAURITZEN  
LYDIA JINES  
SYED AHMAD  
Trial Attorneys  
Civil Division, Federal Programs Branch

*Counsel for Defendants*