## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| |
|---|
| FEDERAL EDUCATION ASSOCIATION, *et al.*, |
|     *Plaintiffs*, |
|       v. |
| DONALD J. TRUMP, *et al.*, |
|     *Defendants*. |

Civil Action No. 1:25-cv-1362

### PROPOSED ORDER

Upon consideration of Plaintiffs' motion for a Preliminary Injunction [Dkt. No. 22], it is hereby

ORDERED that the Plaintiffs' motion for a Preliminary Injunction [Dkt. No. 22] is GRANTED; it is

FURTHER ORDERED that Section 2 of the Executive Order, Exclusions from Federal Labor-Management Relations Programs (Mar. 27, 2025) ("Executive Order"), is unlawful as applied to the Plaintiffs, each of whom exclusively represent Department of Defense Education Activity ("DoDEA") employees, and all DoDEA employees represented by any Plaintiff; it is

FURTHER ORDERED that the Office of Personnel Management's Guidance on Executive Order Exclusions from Federal Labor-Management Programs (Mar. 27, 2025) ("OPM Guidance"), on the Executive Order is unlawful as applied to the Plaintiffs and all DoDEA employees represented by any Plaintiff; it is

FURTHER ORDERED that all Defendants, with the exception of President Trump, are enjoined from implementing Section 2 of Executive Order with respect to the Plaintiffs and all DoDEA employees represented by any Plaintiff; it is

FURTHER ORDERED that all Defendants, with the exception of President Trump, are enjoined from implementing the OPM guidance with respect to the Plaintiffs and all DoDEA employees represented by any Plaintiff; it is

FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 65(c), Plaintiffs shall post with the Court $_____ as security for the issuance of this Preliminary Injunction; and it is

FURTHER ORDERED that the parties shall meet and confer and file a joint report on or before September 1, 2025, proposing a schedule for how this case should proceed.

SO ORDERED this _____ day of _____, 2025

_____
HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE